# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH P. JOHNSON

NO. 2025 KW 0415

**JULY 14, 2025**

---

In Re: Kenneth P. Johnson, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 622483.

---

**BEFORE: HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT GRANTED IN PART AND NOT CONSIDERED IN PART.** The trial court sentenced the defendant on each misdemeanor count to six months in jail and ordered the sentences to be served consecutively, resulting in an aggregate sentence of one year. The sentence in this matter is illegal as it exceeds the statutory limit. See La. Code Crim. P. art. 493.1. See also La. R.S. 14:108(C) & La. R.S. 14:63.3(B). Accordingly, the sentence on each count is vacated and this matter is remanded for resentencing in accordance with this ruling. In all other respects, this court declines to consider the writ application as relator failed to file his request for a return date thirty days from the judgment of conviction. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-2. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

CHH
BDE
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT